UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CEDAR RAPIDS LODGE & SUITES, LLC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JFS DEVELOPMENT, INC., et al., <br><br> Defendants. | Case No. 09-cv-00175 <br><br> PLAINTIFFS' RESISTANCE TO DEFENDANTS SEIBERT/JFS DEVELOPMENT INC.'S MOTION TO WITHDRAW AS ATTORNEY |

Plaintiffs Cedar Rapids Lodge & Suites, LLC et al. resist Defendants' John Seibert and JFS Development, Inc.'s counsel's Motion to Withdraw as Attorneys (Doc. No. 86) as follows:

1.      The Scheduling Order and Discovery Plan in this case was entered on April 13, 2010.  That Discovery Plan set the deadline for the Plaintiffs' expert disclosure as December 1, 2010, the deadline for the close of discovery as March 1, 2011, and the trial-ready deadline as August 1, 2010.  The trial date was subsequently set for the two-week period beginning August 22, 2011.

2.      During the parties' discussion of the deadlines for the Discovery Plan during the telephonic scheduling conference on April 12, 2010, Plaintiffs' counsel expressed concern that these deadlines might not permit enough time for the Plaintiffs to complete their necessary discovery, including the capture and processing of substantial ESI discovery from the third-party bank that financed the construction loan and the mortgage for the hotel at issue, and the hotel's franchisor, which is the repository of many of the hotel's "lost" records.

3. The parties made their initial disclosures on May 1, 2010. Although Plaintiffs' counsel suggested that these initial disclosures should include a comprehensive description of each party's ESI architecture to facilitate discovery, the Defendants resisted this effort. This necessitated the Plaintiffs propounding a set of interrogatories on each of the defendants to obtain this information. Responses to these interrogatories were received by undersigned counsel on September 13, 2010.

4. Plaintiffs' counsel has undertaken extensive discovery from the hotel's outside accountant, the general contractor who built the hotel, the hotel's bank, the hotel's architects and engineers, the City of Cedar Rapids, and the hotel's franchisor, as well as gathering all relevant documents and emails from the Plaintiffs in response to the Defendants' broad discovery requests. This discovery process has involved extensive ESI and has unearthed tens of thousands of responsive or potentially responsive documents. At the request of the Defendants, Plaintiffs have been cooperatively producing all of these documents to all of the Defendants in electronic format.

5. The process of ESI recovery from the hotel's third-party franchisor proved to be especially difficult and time-consuming, as the franchisor's inconsistent record-retention policy and methods of recordkeeping, which varied from department to department, necessitated the restoration of back-up tapes and keyword-searching of recovered files. Additional problems with corrupted back-up tapes further slowed the process. Although Plaintiffs' counsel and forensic examiner visited the franchisor's headquarters to perform this discovery during the week of July 12, 2010, Plaintiffs have only just received reviewable electronic documents from the vendor within the last month – and are now working diligently to review and produce these documents to the Defendants as expeditiously as possible.

6. To date, the Plaintiffs have produced over 30,000 electronic documents to the Defendants on a rolling basis as a result of the Plaintiffs' internal and third-party discovery efforts.

7. The Plaintiffs subsequently propounded a comprehensive request for production of documents to Defendant John Seibert and Defendant JFS Development, Inc. on September 24, 2010. As intended, this production solicited documents from the Defendants suggested by the Plaintiffs' prior third-party discovery.

8. On October 29, 2010, five days *after* their production was due, and one day before their resistance to the Plaintiff's Motion for Partial Summary Judgment on the Defendants' defamation counterclaim was due, counsel for the Defendants John Seibert and JFS Development, Inc. moved to withdraw from the case.

9. While the Plaintiffs willingly extended the time for the Defendants' resistance to the Plaintiffs' Motion for Partial Summary Judgment, the Plaintiffs need this production of documents from Defendants John Seibert and JFS Development, Inc. to provide to their expert witnesses in order to make their expert disclosures in a timely fashion. While all counsel have met and conferred and all counsel, with the exception of counsel for Defendant Lightowler Johnson, have agreed to extend the Plaintiffs' expert disclosure deadline from December 1, 2010 to March 1, 2011, even this extended date will be jeopardized by Defendants' Seibert and JFS Development Inc.'s tardy production of documents. Independent of their expert disclosure obligations, the Plaintiffs also need to receive this production before any depositions can be taken in the case. Accordingly, this delay is now also putting significant pressure on the March 1, 2011 discovery deadline.

10. Should counsel for the Defendants John Seibert and JFS Development, Inc. be permitted to withdraw from the case without first making the previously requested and overdue production of documents, there is no telling how much additional delay will be imposed while (1) the Defendants locate and retain substitute counsel, and (2) said counsel reviews the case sufficiently to respond to the discovery requests and the other demands of the case. Given the present deadlines the Plaintiffs are operating under, this result would severely and unfairly prejudice the Plaintiffs, who have otherwise been working diligently and at considerable expense since the outset of discovery to move the case forward.

11. Concurrently with this Motion, the parties are filing a Motion to Compel the requested production of documents as well as a revised joint discovery plan that proposes a 90-day extension of time on all deadlines in the case (including the trial date). While revision of the discovery plan may be necessary given the imminent withdrawal of Defendants' counsel, Plaintiffs nevertheless also seek the relief requested by this motion and/or the motion to compel to ensure the Plaintiffs' continuing ability to prepare their case during the change of counsel on the Defendants' side. Requiring the Defendants or Defendants' counsel to produce the requested documents prior to being allowed to withdraw should permit the Plaintiffs' experts to begin work on their reports during the time the Defendants' new counsel is getting up to speed on the case – which should reduce the overall delay caused by the withdrawal of counsel.

12. Plaintiffs' counsel has conferred in good faith with Defendants' counsel but Defendants' counsel did not consent to producing the requested documents prior to their withdrawal. *See* Local Rule 7(l).

4

Case 1:09-cv-00175-LRR   Document 90   Filed 11/15/10   Page 4 of 6

WHEREFORE, the Plaintiffs, Cedar Rapids Lodge & Suites, LLC, et al. respectfully request that this Court:

A. Require the Defendants John Seibert and JFS Development, Inc. to produce the documents requested by the Plaintiffs' September 24, 2010 request for production of documents prior to being allowed to withdraw from the case; and

B. Grant such other and further relief in favor of the Plaintiffs as justice may require.

Respectfully submitted,

CEDAR RAPIDS LODGE & SUITES, LLC et al.

By their attorneys,

/S/ ROBERT H. MILLER_____
Robert H. Miller
David W. McGrath
SHEEHAN PHINNEY BASS & GREEN P.A.
1000 Elm St., 17th Floor
P.O. Box 3701
Manchester, NH 03105-3701
Tel: 603-627-8145; Fax: 603-641-2380
rmiller@sheehan.com
dmcgrath@sheehan.com

/s/ Jason M. Steffens_____
Kevin J. Visser, AT0008101
Jason M. Steffens, AT0007580
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
kvisser@simmonsperrine.com
jsteffens@simmonsperrine.com

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2010, I filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Kevin H. Collins
khcollins@nyemaster.com

Sarah J Gayer
sjgayer@nyemaster.com

Brad J. Brady
bbrady@bradyoshea.com

Matthew L. Preston
mpreston@bradyoshea.com

Anna Rybicki
arybicki@bradyoshea.com

Kevin J. Caster
kjc@shuttleworthlaw.com

/s/ Jason M. Steffens