# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| CEDAR RAPIDS LODGE & SUITES, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JFS DEVELOPMENT, INC. f/k/a JCS DEVELOPMENT, INC., et al,<br><br>Defendant. | No. C 09-175-LRR<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to an Order (doc. 98) filed on January 18, 2011:

Judgment is entered in Plaintiffs' favor on Count II of JFS and Seibert's Counterclaims (doc. 78).

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to an Order (doc. 267) filed on October 24, 2012:

Judgment is entered in favor of Plaintiffs and against Defendant John Seibert in the amount of **TWELVE MILLION ONE HUNDRED SEVENTY SIX THOUSAND SEVEN HUNDRED THIRTY FIVE DOLLARS and TWENTY-TWO CENTS** ($12,176,735.22), with prejudgment interest from December 3, 2009, until the date of judgment at the current legal rate pursuant to 28 U.S.C. §1961(a), post-judgment interest at the current legal rate pursuant to 28 U.S.C. §1961(a) and, once approved by the court, such reasonable attorney fees and costs as Plaintiffs demonstrate in their subsequent fee application.

Dated November 6, 2012

                              ROBERT L. PHELPS
                              CLERK

                              _____
                              Deputy Clerk