# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3919

Cedar Rapids Lodge & Suites, LLC

Appellant

James T. Rymes, et al.

v.

JFS Development, Inc., formerly known as JCS Development, Inc., et al.

Lightowler Johnson Associates, Inc.

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:09-cv-00175-LRR)
_____

## MANDATE

In accordance with the opinion and judgment of 06/15/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 16, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit